/S-6

FILED
CLERK, U.S. DISTRICT COURT
JAN 16 2009
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

1  THOMAS P. O'BRIEN
   United States Attorney
2  CHRISTINE C. EWELL
   Assistant United States Attorney
3  Chief, Criminal Division
   STEVEN R. WELK
4  Assistant United States Attorney
   Chief, Asset Forfeiture Section
5  LISABETH SHINER
   Special Assistant United States Attorney
6  California Bar Number 151792
   Asset Forfeiture Section
7       1400 United States Courthouse
        312 North Spring Street
8       Los Angeles, California 90012
        Telephone: (213) 894-6528
9       Facsimile: (213) 894-7177
        E-mail: Lisabeth.Shiner@usdoj.gov
10
   Attorneys for Plaintiff
11 United States of America

12
                UNITED STATES DISTRICT COURT
13
            FOR THE CENTRAL DISTRICT OF CALIFORNIA
14
                      WESTERN DIVISION
15
   UNITED STATES OF AMERICA,    )  NO. CV 07-8235 DDP (SHx)
16                              )
            Plaintiff,          )  [PROPOSED]
17                              )
            v.                  )  CONSENT JUDGMENT
18                              )
   $4,330.00 IN U.S. CURRENCY,  )
19                              )
            Defendant.          )
20                              )
   _____)
21                              )
   EDWARD DEPASS, et al.,       )
22                              )
            Claimants.          )
23                              )
   _____)
24
25
26
27
28

This action was filed on December 19, 2007. Notice was given and published in accordance with law. On or about February 7, 2008, claimants Edward Depass and Tatia Depass ("claimants") each filed a claim in this action. No other parties have appeared in this action, and the time for filing claims and answers has expired. Plaintiff and claimants have reached an agreement that is dispositive of the action. The parties hereby request that the Court enter this Consent Judgment of Forfeiture.

**WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

1. This Court has jurisdiction over the parties and the subject matter of this action.

2. Notice of this action has been given in accordance with law. No appearances have been made in the litigation by any persons other than claimants Edward Depass and Tatia Depass. The Court deems that all other potential claimants to the defendant currency admit the allegations of the Complaint to be true. The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

3. The United States of America shall have judgment as to $2,165.00 of the defendant currency, plus all interest earned by the government on said assets, and no other person or entity shall have any right, title or interest therein. The United States Marshals Service is ordered to dispose of said assets in accordance with law.

4. $2,165.00 of the defendant currency, without any interest earned by the government on that amount, shall be paid to claimants by check made payable to Edward Depass and

      Tatia Depass and mailed to 613 West Provential Drive, Apt. B, Anaheim, CA 90292.

5. Claimant hereby releases the United States of America, its agencies, agents, and officers, including employees and agents of the Drug Enforcement Administration, from any and all claims, actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorney's fees, costs or interest which may be asserted on behalf of claimant, whether pursuant to 28 U.S.C. § 2465 or otherwise.

6. The Court finds that there was reasonable cause for the seizure of the defendant currency and institution of these proceedings. This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

Dated: 1-16-09, ~~2009~~

                              /s/ Dean D. Pregerson
                              THE HONORABLE DEAN D. PREGERSON
                              UNITED STATES DISTRICT JUDGE

[Signatures of counsel and pro se claimants appear on the next page.]

3

**Approved as to form and content:**

Dated: October 31, 2008

THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

/s/ Lisabeth Shiner
LISABETH SHINER
Special Assistant United States Attorney
Asset Forfeiture Section

Attorneys for Plaintiff
United States of America

Dated: October 31, 2008

/s/ Edward Depass
EDWARD DEPASS
Pro se

Dated: October 31, 2008

/s/ Tatia Depass
TATIA DEPASS
Pro se

4